UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jyron Mendale Young, | File No. 23-cv-889 (ECT/DTS) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Officer Chris Wegner and Officer Amanda Johnson, *in their individual capacities*, | |
| Defendants. | |

---

Magistrate Judge David T. Schultz issued a Report and Recommendation on June 9, 2023. ECF No. 12. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 12] is **ACCEPTED**;

2. The Clerk of Courts shall docket all filings and exhibits in this case, including the USB drive purportedly containing video, audio, and photographs of the incident in question, Compl. Ex. 2, ECF No. 1, in *Young v. City of Bloomington Police Department, et al.*, No. 22-cv-1989 (D. Minn.);

3. This action is **DISMISSED** without prejudice consistent with Plaintiff Young's request under Rule 41(a)(2) of the Federal Rules of Civil Procedure; and

4. Plaintiff Young's Motion to Appoint Counsel, ECF No. 10, and his Motion to Proceed in District Court without Prepaying Fees or Costs, ECF No. 6, are **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 6, 2023        s/ Eric C. Tostrud
                           Eric C. Tostrud
                           United States District Court